UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| McMILLAN McGEE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THIRD SITE TRUST FUND,<br><br>Defendant. | No. 1:21-cv-01988-TWP-MJD |
| THIRD SITE TRUST FUND,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>McMILLAN McGEE CORP. and THE GUARANTEE COMPANY OF NORTH AMERICA USA,<br><br>Counterclaim Defendants. | |

**Acknowledged**
TWP
August 12, 2024

## STIPULATION OF DISMISSAL

Plaintiff and Counterclaim Defendant McMillan McGee Corp. ("McMillan"), Defendant and Counterclaim Plaintiff Third Site Trust Fund (the "Trust"), and Counterclaim Defendant The Guarantee Company of North America USA ("GCNA") (collectively, the "Parties"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, including all claims and counterclaims, pursuant to the terms of a confidential settlement agreement. The dismissal of this action is with prejudice and without payment of costs or counsel

1

fees. However, the prejudicial effect of this dismissal shall not apply to any claims reserved in the confidential settlement agreement.

Dated:  August 9, 2024

                                          Respectfully submitted,

| MCMILLAN MCGEE CORP. | THIRD SITE TRUST FUND |
|---|---|
| By: /s/ *Vince P. Antaki* <br> Vince P. Antaki <br> Reminger Co., LPA <br> 525 Vine Street, Suite 1500 <br> Cincinnati, OH 45202 <br> Tel:  (513) 455-4031 <br> vantaki@reminger.com | By: /s/ *Ryan T. Leagre* <br> Kevin M. Toner <br> Ryan T. Leagre <br> Plews Shadley Racher & Braun LLP <br> 1346 N. Delaware St. <br> Indianapolis, IN 46202 <br> Tel: (317) 637-0700 <br> ktoner@psrb.com <br> rleagre@psrb.com |

Charles J. Maiers
Christopher J. Appel
Due Doyle Fanning & Alderfer LLP
8440 Allison Pointe Blvd. Ste. 350
Indianapolis, IN 46250
Tel: (317) 635-7700
cmaiers@duedoyle.com


THE GUARANTEE COMPANY OF
NORTH AMERICA USA

By: /s/ *Brian C. Padove*
John E. Sebastian
Brian C. Padove
Watt, Tieder, Hoffar & Fitzgerald, LLP
10 S. Wacker Dr., Suite 1100
Chicago, IL 60606-7411
Tel: (312) 219-6900
Jsebastian@watttieder.com
bpadove@watttieder.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel by electronic service via Pacer this 9th day of August 2024.

Charles J. Maiers
Christopher J. Appel
Due Doyle Fanning & Alderfer LLP
8440 Allison Pointe Blvd. Ste. 350
Indianapolis, IN 46250
cmaiers@duedoyle.com
cappel@duedoyle.com

Vincent Antaki
Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
vantaki@reminger.com

John Sebastian
Brian C. Padove
Watt, Tieder, Hoffar & Fitzgerald, LLP
10 S. Wacker Dr., Ste. 1100
Chicago, IL  60606-7411
jsebastian@watttieder.com
bpadove@watttieder.com

*/s/ Ryan T. Leagre*
Ryan T. Leagre